ACCEPTED
12-14-00128-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/26/2015 1:06:18 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/26/2015 1:06:18 PM
CATHY S. LUSK
Clerk

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

January 26, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
Tyler, Texas
Via electronic filing

Re:  Appeal Court Cause No. 12-14-00128-CR; Cody Wayne Penick vs. The State of Texas
Trial Court Cause No. 2012-0132; The State of Texas vs. Cody Wayne Penick

Dear Ms. Lusk:

Attached, please find the return green card stamped by the mail staff at the Angelina County Jail which is the current address of the above referenced appellant. I am forwarding this in compliance with Rule 48.4 of the Texas Rules of Appellate Procedure.

Sincerely,

John D. Reeves

JDR/jsa